# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Untez Lloyd                                          Docket No. 4:12-CR-84-6BO

### Petition for Action on Supervised Release

COMES NOW Matti Liebler, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Untez Lloyd, who, upon an earlier plea of guilty to 2 counts of Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on February 6, 2013, to the custody of the Bureau of Prisons for a term of 15 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 3 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall pay a $200 special assessment.

Untez Lloyd was released from custody on January 6, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 26, 2014, the defendant submitted to a random urinalysis which tested positive for marijuana. When confronted, the defendant acknowledged his use of marijuana on or about August 23, 2014.

The probation officer is recommending imposition of a drug aftercare condition and the DROPS program at the second use level to facilitate ongoing urinalysis, allow the defendant to participate in any recommended substance abuse treatment deemed necessary, and provide swift and certain sanctions should he produce additional positive drug tests.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Untez Lloyd
Docket No. 4:12-CR-84-6BO
Petition For Action
Page 2

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Matti Liebler<br>Matti Liebler<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-347-9038<br>Executed On: September 24, 2014 |

## ORDER OF COURT

Considered and ordered this __30__ day of __September__, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge